UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBBIE DAVID BROWN HERNANDEZ,

    Plaintiff,

v.                              CASE NO. 8:07-CV-1290-T-30TBM

CHRISS CASIO, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, a prisoner proceeding *pro se*,[1] initiated this action by filing a complaint on July 23, 2007 (Dkt. 1), and an amended complaint on August 13, 2007, pursuant to 28 U.S.C. §1350 (Dkt. 3) . Plaintiff did not pay the $350.00 filing fee or request to proceed *in forma pauperis* within thirty (30) days of the commencement of the action. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this action will be dismissed without prejudice. See also 28 U.S.C. §§ 1914(a), 1915(a)(1).

If Plaintiff decides to initiate a new civil rights case, he must pay the $350.00 filing fee or file a request to proceed *in forma pauperis* within thirty (30) days of the

---

[1] Plaintiff is cautioned that although you are appearing *pro se*, you are required to comply with the Local Rules of the Middle District of Florida and the Federal Rules of Civil Procedure. Failure to do so could result in sanctions, including dismissal of your claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, you must also provide a self-addressed envelope with $4.20 postage affixed thereto. A copy of the Local Rules may be found in the institution's law library. They may also be found in Florida Rules of Court available from West Group, 620 Opperman Drive, St. Paul, Minnesota 55164.

commencement of the action.

**ACCORDINGLY**, the Court ORDERS that:

1. This case is hereby **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice.

3. The **Clerk** shall close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 17, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copy to: Plaintiff *pro se*