UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBBIE DAVID BROWN HERNANDEZ,

    Plaintiff,

v.        CASE NO. 8:07-CV-1290-T-30TBM

CHRISS CASSIO, et al.,

    Defendants.
_____/

**ORDER**

THIS cause came before the Court pursuant to an amended civil rights complaint filed by Plaintiff pursuant to 42 U.S.C. § 1983 (Dkt. #3). On March 4, 2008, the Court entered an order in which, *inter alia*, it directed Plaintiff to either pay the required $350.00 filing fee or complete and return the Affidavit of Indigency form to the Clerk of Court within thirty days (Dkt. #15). Plaintiff was advised that failure to comply with the Court's Order within the allotted time would result in dismissal of this matter without further notice. The order was apparently delivered to Plaintiff because it has not been returned as undelivered. Plaintiff has not timely responded to said order.

On May 1, 2008, the Court entered an order in which it directed Plaintiff to show cause within twenty days why this action should not be dismissed for Plaintiff's failure to comply with the Court's March 4, 2008 Order (Dkt. #16). This order was also apparently delivered to Plaintiff because it has not been returned as undelivered, and Plaintiff has not

timely responded to said order.   Accordingly, this action shall be dismissed.

It is therefore **ORDERED** that, because Plaintiff has failed to respond to the prior orders, this action is **DISMISSED** for failure to prosecute pursuant to Local Rule 3.10(a) (M.D. Fla.).  The Clerk shall enter a judgment against Plaintiff, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copies furnished to</u>:
*Pro Se* Plaintiff