UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBBIE DAVID BROWN
HERNANDEZ, *pro se*,

　　Plaintiff,

v.　　　　　　　　　　　　　　　CASE NO: 8:07-CV-1290-T-30TBM

CHRISS CASSIO, FBI Agent, et al.,

　　Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on December 8, 2008 (Dkt. #23) which dismissed the Amended Complaint and gave the Plaintiff thirty (30) days in which to file a Second Amended Complaint. The deadline for filing a Second Amended Complaint has passed. As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.
2. All pending motions are denied as moot.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2009.

　　　　　　　　　　　　　　　　　　　　JAMES S. MOODY, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2007\07-cv-1290.dismissal.wpd*